IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NEW YORK LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>  vs.<br><br>ANNE VALGORA, and SHIRLEY OLSON, as Personal Representative of the Estate of Steven Olson;<br><br>          Defendants.<br><br>SHIRLEY OLSON, as Personal Representative of the Estate of Steven Olson;<br><br>          Crossclaim Plaintiff,<br><br>  vs.<br><br>ANNE VALGORA<br><br>          Crossclaim Defendant. | **4:20CV3073**<br><br>**ORDER** |

On October 24, 2020, Plaintiff's request for leave to deposit money into the court was granted. (Filing No. 16). Plaintiff has advised chambers and defendants of the amount it will be depositing with the court. Accordingly,

    IT IS ORDERED:

    a.    Plaintiff may deposit a check in the amount of $101,369.63 with the Clerk of the Court for the United States District Court for the District of Nebraska. This represents the principal amount owed for the policy death benefit plus interest accrued as required by law.

b.      The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

Dated this 3rd day of November, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge