IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHIRLEY OLSON, as Personal Representative of the Estate of Steven Olson,

    Crossclaimant,

vs.

ANNE VALGORA,

    Crossclaim defendant.

4:20-CV-3073

ORDER

    The crossclaim defendant's operative answer (filing 26) disclaims any interest in the funds that have been deposited with the Clerk of the Court in this interpleader action. Ordinarily, when a defendant in an interpleader action files a declaration disclaiming any interest in the funds deposited in court by the complainant, that defendant has no further interest or legal standing in the action. *Amoco Prod. Co. v. Aspen Grp.*, 189 F.R.D. 614, 616 (D. Colo. 1999); *Savage v. First Nat. Bank & Tr. Co. of Tulsa*, 413 F. Supp. 447, 452 (N.D. Okla. 1976); *Helis v. Vallee*, 34 F. Supp. 467, 470 (E.D. La. 1940), aff'd sub nom. *Gordon v. Vallee*, 119 F.2d 118 (5th Cir. 1941); see *Wells Fargo Bank, N.A. v. Mesh Suture, Inc.*, 31 F.4th 1300, 1314 (10th Cir. 2022); *Gen. Elec. Cap. Assur. v. Van Norman*, 209 F. Supp. 2d 668, 671 (S.D. Tex. 2002). Accordingly, the crossclaimant, as the only remaining party to claim an interest in the fund, is entitled to disbursement. See *Perfekt Mktg., LLC v. Luxury Vacation Deals, LLC*, No. 2:15-CV-717, 2015 WL 10012987, at *2 (D. Nev. Nov. 16, 2015), *report and recommendation adopted,* No. 2:15-CV-717, 2016 WL 475178 (D. Nev. Feb. 5, 2016); see also *N.Y. Life Ins. Co. v. Conn. Dev. Auth.*, 700 F.2d 91, 96 (2d Cir. 1983).

IT IS ORDERED:

1. The Clerk of the Court shall distribute the interpleaded funds of $101,369.63 along with any accumulated interest to crossclaimant Shirley Olson, as Personal Representative of the Estate of Steven Olson, c/o James E. Reisinger, Reisinger Booth Law Firm, 7602 Pacific Street Suite 222, Omaha, Nebraska 68114.

2. The crossclaimant shall complete IRS Form W-9 and submit the completed form to the Clerk of the Court via email at NEDml_FinancialAdmin@ned.uscourts.gov so that funds may be distributed.

3. The January 18, 2023 status report deadline is terminated.

4. A separate judgment will be entered.

Dated this 16th day of November, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge